# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STACY GUILLORY** | : | **DOCKET NO. 2:20-cv-00859** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **HOSPITAL HOUSEKEEPING SYSTEMS, LLC** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 31] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Amend [Doc. 10] is **DENIED** and the Motion to Remand [Doc. 11] is **DENIED** as moot. The court declines to adopt the recommendation as to dismissal of claims against HHS Environmental Services, LLC on the basis of prescription, without prejudice to any defendant's right to assert these grounds through later motion practice.

**THUS DONE AND SIGNED** in Chambers this 22nd day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**